# Court of Appeals
# of the State of Georgia

ATLANTA,    August 17, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1901. INOA v. MARTE.**

On March 1, 2016, the trial court entered a permanent stalking protective order against Carlos Inoa. On March 29, 2016, pursuant to OCGA § 9-11-60 (d) (1), Inoa filed a motion to set aside the judgment based on lack of personal jurisdiction. The trial court denied that motion on April 13, 2016, and on May 10, 2016, Inoa filed this direct appeal. However, under OCGA § 5-6-35 (a) (8), an appeal from the denial of a motion to set aside a judgment requires the discretionary appeal procedures. Accordingly, this direct appeal must be DISMISSED for lack of jurisdiction. *Anderson v. GGS Hotel Holdings, Georgia, Inc.*, 234 Ga. App. 284 (505 SE2d 572) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    08/17/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*